UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:25-cv-02966-SP | Date | February 6, 2026 |
|---|---|---|---|
| Title | GILBERT HOLGUIN v. JILES SECURITY SOLUTIONS, INC., et al. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly Carter | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**     **(In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Failure to Effect Service and Prosecute**

On November 5, 2025, plaintiff filed a complaint against defendant Jiles Security Solutions, Inc.  Plaintiff filed a First Amended Complaint on November 17, 2025.  Under Federal Rule of Civil Procedure 4(m), plaintiff was required to serve defendant with the summons and complaint within 90 days after the complaint's filing, that is, no later than February 3, 2026.   That date has now passed, but plaintiff has not filed any proof of such service with the court, nor is there any other indication before the court that the summons and complaint have been served on any defendant.

Accordingly, plaintiff is ORDERED to show cause in writing by ***February 20, 2026*** why this case should not be dismissed without prejudice for plaintiff's failure to prosecute and serve defendant within the required time period.  Plaintiff may discharge this Order to Show Cause by filing, not later than February 20, 2026, proof of service of the summons, complaint, and Notice of Assignment to a U.S Magistrate Judge and Declination of Consent ("Consent Notice").

**The court warns plaintiff that failure to respond to the Order to Show Cause by February 20, 2026, or further failure to prosecute this action in accordance with court orders, may result in dismissal of this action for failure to prosecute.**